# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case no. 06-01785 |
| Richard Kawa and ) | Judge Pamela S. Hollis |
| Dorothy Kawa, ) | |
| ) | **Hearing Date: December 10, 2009** |
| Debtors. ) | **Hearing Time: 10:30 a.m.** |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bank. P. 2002(a)(6) and 2002(f)(8), please take notice that Barry A. Chatz, trustee of the above-styled estate, has filed a Final Report and the Trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Kenneth S. Gardner
> Clerk of the United States Bankruptcy Court
> 219 South Dearborn Street, 7th Floor
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on Thursday, December 10, 2009** in **Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.**

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: November 5, 2009           /s/ Barry A. Chatz, Trustee

Barry A. Chatz, Trustee
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Fax
BAChatz@arnstein.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case no. 06-01785 |
| Richard Kawa and | ) | Judge Pamela S. Hollis |
| Dorothy Kawa, | ) | |
| | ) | **Hearing Date: December 10, 2009** |
| Debtors. | ) | **Hearing Time: 10:30 a.m.** |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 12,004.27 |
| *And approved disbursements of* | $ | 3,349.20 |
| *Leaving a balance on hand of* | $ | 8,655.07 |

Claims of secured creditors will be paid as follows:

| **Claimant** | **Proposed Payment** |
|---|---|
| | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Fees** | **Expenses** |
|---|---|---|
| *Trustee: Barry A. Chatz* | $1,500.00[1] | $48.00 |
| *Attorney for Trustee: Gregory K. Stern* | $3,000.00[2] | $ 0.00 |
| *Appraiser:* | | |

---

[1] The total amount of compensation due Trustee is $1,950.42 according to 11 U.S.C. § 326; exercising his discretion, Trustee requests a reduced amount of compensation in the amount of $1,500.00.

[2] The Trustee's counsel, Gregory K. Stern, filed an Application for Compensation and Reimbursement of Expenses on November 25, 2008. On December 11, 2008, this Court entered an Order awarding the payment of fees in the amount of $10,492.00 and the reimbursement of expenses in the amount of $339.38 (the "Fee Award"). The Trustee paid Mr. Stern $3,339.38 in partial payment of the Fee Award, leaving a balance due of $7,492.00. Mr. Stern has agreed to accept an additional $3,000 payment in full satisfaction of the Fee Award.

*Auctioneer:* _____   _____   _____

*Accountant:* _____   _____   _____

*Special Attorney for Trustee:* _____   _____   _____

*Charges:* _____   _____   _____

*Fees:* _____   _____   _____

*Other:* _____   _____   _____

*Other:* _____   _____   _____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Fees** | **Expenses** |
|---|---|---|
| *Attorney for Debtor:* _____ | _____ | _____ |
| *Attorney for:* _____ | _____ | _____ |
| *Appraiser for:* _____ | _____ | _____ |
| *Auctioneer:* _____ | _____ | _____ |
| *Accountant for:* _____ | _____ | _____ |
| *Other:* _____ | _____ | _____ |
| *Other:* _____ | _____ | _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $31,301.96 must be paid in advance of any dividend to general (unsecured) creditors:

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000011B | Dept. of the Treasury Internal Revenue Service | $21,679.96 | $2,844.59 |

<u>000002B</u>     <u>Illinois Dept. of Revenue</u>          <u>$9,622.00</u>          <u>$1,262.48</u>

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| **Claim Number** | **Claimant** | **Allowed Amt. of Claim** | **Proposed Payment** |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| **Claim Number** | **Claimant** | **Allowed Amt. of Claim** | **Proposed Payment** |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Date:  November 5, 2009              /s/ Barry A. Chatz, Trustee

Barry A. Chatz, Trustee
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Fax
BAChatz@arnstein.com

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhuley                 Page 1 of 2                   Date Rcvd: Nov 10, 2009
Case: 06-01785                Form ID: pdf006              Total Noticed: 46

The following entities were noticed by first class mail on Nov 12, 2009.
db           +Richard Kawa,    6313 W Cuyler,    Chicago, IL 60634-1510
jdb          +Dorothy Kawa,    <b>Discharge Waived</b>,    6313 W Cuyler,    Chicago, IL 60634-1510
aty          +Ernesto D Borges,    Law Offices of Ernesto Borges,    105 W Madison Street,    23rd Floor,
               Chicago, IL 60602-4647
aty          +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
               Chicago, IL 60604-3536
aty          +James Hausler,    Gregory K Stern PC,    53 W Jackson Blvd Suite 1442,    Chicago, IL 60604-3536
tr           +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
10616368      Adolf Dabros,    593 N. Greenview,    Chicago, IL 60622
10616369      Affiliated Credit Services,    P.O. Box 1329,    Rochester, MN 55903
10616370      Amer Collection,    3948 N. Milwaukee,    Chicago, IL 60641
10616373     +Carson Pirie Scott,    140 W. Industrial Dr.,    Elmhurst, IL 60126-1602
10616374     +Certegy,    P.O. Box 30046,    Tampa, FL 33630-3046
10616375     +Charter One,    1 Citizens Drivw,    RDC-265,    Riverside, RI 02915-3019
10616376     +Chase,    100 Duffy Avenue,    Hicksville, NY 11801-3636
10616377     +Chase,    225 Chastain Meadows Ct.,    Kennesaw, GA 30144-5841
10616378     +First Card,    PO Box 15098,    The Lakes, NV 89163-0001
10616379     +First USA Bank NA,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
10616380     +Freedman Anselmo Linsberg & Rappe,    P.O. Box 3228,    Naperville, IL 60566-3228
10616381     +Genesis Financial Solutions,    104 E. Beeline Lane,    PO Box 2445,
               Harker Heights, TX 76548-0445
10616385     +HSBC,    2700 Sanders Rd.,    Prospect Heights, IL 60070-2701
10616382     +Harris NA,    PO Box 94034,    Palatine, IL 60094-4034
10616383     +Heller & Frisone,    33 N. LaSalle,    Suite 1200,    Chicago, IL 60602-2866
12075356     +Household Bank (SB), N.A.,    (Bon Ton),    eCAST Settlement Corporation,
               c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
10616384     +Household Bank SB NA,    c/o Bass & Associates P C,    3936 E Ft Lowell Rd Ste 200,
               Tucson, AZ 85712-1083
11984694    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
               100 West Randolph Street   Level 7-425,    Chicago, Illinois  60601)
10616387    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10616386      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10616388     +LaSalle NT Bank,    3985 N. Milwaukee,    Chicago, IL 60641-2704
10616390     +Marshall Fields,    111 Boulder Industri,    Bridgeton, MO 63044-1241
10616391     +Med Business Bureau,    1460 Renaissance Dr. #400,    Park Ridge, IL 60068-1349
10616392     +Medical Payment Data,    220 South Harrison Street,    East Orange, NJ 07018-1401
10616394     +NCO Fin/22,    507 Prudential Rd.,    Horsham, PA 19044-2308
12206564     +National City,    P.O. Box 94982,    Cleveland, OH 44101-4982
10616393     +National City,    1 National City Parkway,    Kalamazoo, MI 49009-8002
10616396     +Paul Bartkowski,    2322 N. Green Bay,    Waukegan, IL 60087-4209
10616397     +Resurgence Financial, LLC,    5215 Old Orchard Rd.,    Ste. 300,    Skokie, IL 60077-1020
10616398     +UCM Servicing Co.,    P.O. Box 471827,    Charlotte, NC 28247-1827
10616399     +United Mortgage & Loan Invt. Corp.,    P.O. Box 471827,    Charlotte, NC 28247-1827
10616400    ++WORLD SAVINGS BANK FSB,    ATTN BANKRUPTCY DEPARTMENT,    4101 WISEMAN BLVD,
               SAN ANTONIO TX 78251-4201
              (address filed with court: World Savings*,    Attn: Bankruptcy Dept., T6F5,    PO Box 659558,
               San Antonio, TX 78265-9558)
The following entities were noticed by electronic transmission on Nov 10, 2009.
10616371     +E-mail/Text: RBALTAZAR@ARMORSYS.COM                          Armor Systems,    2322 N. Green Bay,
               Waukegan, IL 60087-4209
10616372     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                          Asset Acceptance L.L.C.,
               P.O. Box 2036,    Warren, MI 48090-2036
12063495     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                          Asset Acceptance LLC,
               Assignee/WACHOVIA,    PO Box 2036,    Warren MI 48090-2036
12063494     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                          Asset Acceptance LLC,
               Assignee/FLEET CARD SERVICE,    PO Box 2036,    Warren MI 48090-2036
11977363      E-mail/PDF: BNCEmails@blinellc.com Nov 11 2009 07:01:19      B-Real, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
12125714      E-mail/Text: resurgentbknotifications@resurgent.com                          LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10616389     +E-mail/Text: resurgentbknotifications@resurgent.com                          LVNV Funding*,
               P.O. Box 740281,    Houston, TX 77274-0281
10616395     +E-mail/Text: LDRISCOLL@NORFOLKFINANCIAL.COM                          Norfolk Fin,    1208 VFW Pkwy,
               Suite 201,    Boston, MA 02132-4344
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: lhuley              Page 2 of 2              Date Rcvd: Nov 10, 2009
Case: 06-01785                 Form ID: pdf006          Total Noticed: 46

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2009**               **Signature:**   *Joseph Speetjens*