**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case no. 06-01785 |
| Richard Kawa and | ) | Hon. Pamela S. Hollis |
| Dorothy Kawa, | ) | |
| | ) | |
| Debtors. | ) | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Barry A. Chatz, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1. All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the Trustee's control in this case have been properly accounted for as provided by law. The Trustee hereby requests to be discharged from further duties as a trustee.

2. A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $10,00.00          Assets Exempt: $0.00

Total Distributions to Claimants: $4,107.07     Claims Discharged
                                                Without Payment: $76,042.33

Total Expenses of Administration: $7,897.20

3. Total gross receipts of $12,004.27 (see **Exhibit 1**) minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,004.27 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| **SECURED CLAIMS** (from Exhibit 3) | N/A | $31,301.96 | $31,301.96 | $4.107.07 |

| | | | | |
|---|---|---|---|---|
| **PRIORITY CLAIMS: CHAPTER 7 ADMIN FEES AND CHARGES** (from Exhibit 4) | N/A | 12,389.20 | 7,897.20 | 7,897.20 |
| **PRIOR CHAPTER ADMIN FEES AND CHARGES** (from Exhibit 5) | N/A | 59,958.79 | 59,958.79 | 0.00 |
| **PRIORITY UNSECURED CLAIMS** (from Exhibit 6) | N/A | N/A | N/A | N/A |
| **GENERAL UNSECURED CLAIMS** (from Exhibit 7) | N/A | 76,042.33 | 76,042.33 | 0.00 |
| **TOTAL DISBURSEMENTS** | N/A | $179,692.28 | $175,200.28 | $12,004.27 |

      4.    This case was originally filed under Chapter 7 on February 27, 2006. The case was pending for 48 months.

      5.    All estate bank statements, deposit slips and cancelled checks have been submitted to the United States Trustee.

      6.    An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Federal Rules of Bankruptcy Procedure 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: February 22, 2010        By: /s/ Barry A. Chatz, Trustee
                                                   Trustee